

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        Justin Wayne Parris v. The State of Texas

Appellate case number:      01-14-00502-CR

Trial court case number:    1352699

Trial court:                338th Judicial District Court of Harris County

Appellant's court-appointed counsel filed a motion to withdraw and brief concluding that the above-referenced appeal is frivolous, along with a cover letter and form motion sent to the appellant for access to the appellate record. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Appellant, acting *pro se*, has filed a motion requesting access to a copy of the record to prepare a response to counsel's brief. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014). Appellant has further filed a motion for leave to file his *pro se Anders* response and a motion for extension of time to file his *pro se Anders* response for ninety days from the date he receives a copy of the record.

We **grant** the motion requesting the record and **order** the trial court clerk, no later than 10 days from the date of this order, to provide a copy of the record, including the clerk's record, the reporter's record, and any supplemental records, to the *pro se* appellant. The trial court clerk shall further certify to this Court, within 15 days of the date of this order, the date upon which delivery of the record to the appellant is made.

Finally, we **grant** appellant's motions for leave to file a *pro se Anders* response and for an extension in part. Appellant's response to his counsel's *Anders* brief shall be filed **within 45 days of the date of this order**.

It is so ORDERED.


Judge's signature: /s/ Laura C. Higley
                   ☑ Acting individually    ☐ Acting for the Court

Date: January 13, 2015